```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

                Plaintiff,

    -v-

NEW YORK STATE HUMAN RIGHTS
COMMISSION, ET AL.,

                Defendants.

**ORDER OF SERVICE**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff paid the filing fees to commence this action. By order of reference dated February 6, 2025, this case was referred to the undersigned for general pretrial supervision and dispositive motions. ECF No. 5.

    The Clerk of Court is respectfully directed to issue summonses as to Defendants New York State Division of Human Rights, New York State Athletic Commission, New York State Department of State, James W. Leary, Linda Baldwin, Kimberly Sumbler, Lilliana Estrella-Castillo, and Anthony Giardia. Plaintiff provided the addresses for each Defendant in her Letter dated October 7, 2025, at ECF No. 15. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

---

[1]     Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint and paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, I may recommend that the Court dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: October 9, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge