UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

               Plaintiff,

      -v-

NEW YORK STATE HUMAN RIGHTS
COMMISSION, ET AL.,

             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/10/2025___

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On October 14, 2025, Plaintiff filed a motion for leave to file a second amended complaint.  ECF No. 18.  By Order dated October 17, 2025, the Court granted Plaintiff's motion, permitting her to file the second amended complaint.  ECF No. 20.  To date, Plaintiff has not filed her second amended complaint.

    By **November 17, 2025**, Plaintiff is directed to file the second amended complaint and request that the Clerk's Office issue summonses as to each Defendant.

    Plaintiff is then directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, I may recommend that the Court dismiss

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint and paid the filing fee.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil

Procedure for failure to prosecute.

**SO ORDERED.**

Dated: November 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2