UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/18/2025

DOROTHEA PERRY,

                    Plaintiff,

           -v-

NEW YORK STATE HUMAN RIGHTS
COMMISSION, ET AL.,

                    Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 14, 2025, Plaintiff filed a motion for leave to file a second amended complaint.  ECF No. 18.  By Order dated October 17, 2025, the Court granted Plaintiff's motion, permitting her to file the second amended complaint.  ECF No. 20.  By Order dated November 10, 2025, the Court directed Plaintiff to file the second amended complaint and request that the Clerk's Office issue summonses as to each Defendant by November 17, 2025.  ECF No. 22.  To date, Plaintiff has not filed her second amended complaint on the docket.[1]

The Court *sua sponte* grants Plaintiff an extension of time to **December 5, 2025** to file her second amended complaint on the docket.  Plaintiff is then directed to request that the Clerk's Office issue summonses as to each Defendant and to

---

[1] Plaintiff filed her proposed second amended complaint as Exhibit 1 to her motion for leave to file a second amended complaint.  ECF No. 18-1.  For the second amended complaint to become the operative complaint, Plaintiff must file it as a separate docket entry.

1

serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[2]

If Plaintiff fails to file her second amended complaint by December 5, 2025, or fails either to serve Defendants or to request an extension of time to serve Defendants within 90 days of the issuance of the summonses, I may recommend that the Court dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: November 18, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint and paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.