USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

               Plaintiff,

        -v-

NEW YORK STATE ATHLETIC
COMMISSION, ET AL.,

              Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 9, 2026, Plaintiff filed a motion for the appointment of the United States Marshal Service ("USMS") to effect service of process on her behalf. ECF No. 31.  For the reasons below, Plaintiff's motion is **DENIED** without prejudice.

Plaintiffs who have been granted permission to proceed *in forma pauperis* ("IFP" ) are entitled to rely on the Court and USMS to effect service.  *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order USMS to serve if the plaintiff is authorized to proceed IFP).  Plaintiff is not proceeding IFP in this case, is not subject to the additional screening that accompanies IFP status, and is therefore not entitled to rely on the Court and USMS to effect service.

For plaintiffs not proceeding IFP, upon a plaintiff's request the court has discretion to order that service be made by USMS or other appointed person.  Fed.

1

R. Civ. P. 4(c)(3).  The Court **DENIES** Plaintiff's request for service by USMS at no cost to Plaintiff.  This denial is without prejudice to renewal, provided that Plaintiff pays the service fee to USMS in full in advance by money order or certified check and provides the documents required for service.

The Court has now entered three orders of service in this action, *see* ECF Nos. 6, 16, 26, extending Plaintiff's time to effect service each time.  The current deadline to effect service on all defendants is **February 23, 2026**, 90 days after the issuance of the amended summonses on November 25, 2025.  If service is not complete by that date, the undersigned may recommend that the unserved defendants be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.

Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases.  The Clinic may be able to provide a pro se party with advice in connection with their case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be

contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated: January 13, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

3