

**KATHY HOCHUL**
Governor

**DENISE M. MIRANDA, ESQ.**
Acting Commissioner

FILED TO DOCKET

April 1, 2026

Hon. Henry J. Ricardo
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St
New York, NY   10007

  Re:  <u>Perry v. NYS Athletic Commission et al.</u>
    Docket No.:  1:25-cv-00938-JPC-HJR

Dear Judge Ricardo:

I am writing to confirm that the New York State Division of Human Rights (hereafter "Division") is no longer a party defendant in the above-referenced matter.

In her Motion for Leave to File a Second Amended Complaint filed October 14, 2025, pro-se plaintiff Dorothea Perry wrote, "**the proposed Second Amended Complaint removes the New York State Division of Human Rights as a defendant.**  Plaintiff no longer seeks relief against that agency, and the amendment reflects this revision to properly narrow the parties to those directly involved in the alleged misconduct."  Doc. 18, pp. 1-2.  The Division does not appear in the caption of the Second Amended Complaint and was not among the party defendants to which this Court directed the Clerk to issue summonses in its Order of Service dated November 20, 2025.  Doc. 26, pp. 1-2.  However, the Division still is listed (as the "New York State Human Rights Commission") in the Docket of this case.

I respectfully ask that this Court clarify the Division's status in this matter.

Thank you for your attention.

Very truly yours,

MELISSA FRANCO
General Counsel


by: _____
       *Michael Swirsky*
       MICHAEL K. SWIRSKY
              of Counsel

cc (by ECF):

Other Parties to this Matter