

**GLEASON, DUNN,
WALSH & O'SHEA**

Attorneys at Law
www.gdwo.com

300 Great Oaks Boulevard
Suite 321
Albany, NY 12203
(p) 518.432.7511 (f) 518.432.5221

**Lisa F. Joslin, Esq.**
**Principal**
Direct: 518.599.7568
ljoslin@gdwo.net | www.gdwo.com

April 29, 2026

**VIA ECF**
Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007-1312

> RE:   **Dorothea Perry v. New York State Athletic Commission, et al.**
> **1:25-cv-00938 (JPC/HJR)**

Dear Magistrate Judge Ricardo:

This firm represents Defendants New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin, in the above-referenced matter (collectively the "Moving Defendants"). Pursuant to Judge Cronan's Order of Reference to Magistrate Judge, dated February 6, 2025 (Doc. 5), we respectfully address this letter to your Honor's attention.

Pursuant to Rule B.2. of your Honor's Individual Rules and Practices for Civil Cases, the Moving Defendants submit this letter to notify the Court that they intend to file a pre-Answer Motion to Dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and to request a Pre-Motion Conference.

The Moving Defendants' anticipated motion will seek dismissal of Plaintiff's claims against them in their entirety, on grounds that the Second Amended Complaint lacks subject matter jurisdiction and fails to state a cause of action for which relief can be granted against them. Specifically, Defendants will assert in their motion that, as a matter of law: (a) the majority of Plaintiff's instant claims are barred by *res judicata,* as there is a prior final judgment based upon the same facts which form the basis for Plaintiff's claims in the Second Amended Complaint; (b) Plaintiff's claims pursuant to 42 U.S.C. §1981 and 42 U.S.C. §1983 are time barred, as Plaintiff's employment with the Moving Defendants ended on April 25, 2018; (c) Defendants NYSDOS and

**Hon. Henry J. Ricardo**                                                      **April 29, 2026**
**United States Magistrate Judge**                                                     **Page 2**

NYSAC have not waived sovereign immunity; (d) the claims against Defendants Leary, Sumbler, Giardina, and Baldwin are all barred by qualified immunity; and (e) Plaintiff's causes of action fail to state a claim upon which relief can be granted, because they are meritless on their face, and because Plaintiff was not denied meaningful access to the Courts.

Due to the Plaintiff's *pro se* status, the Moving Defendants did not intend to propose a return date; but rather, state their intention to accommodate the Plaintiff's scheduling needs, and otherwise defer to the Court for motion deadlines.

If the Court determines that a Pre-Motion Conference is unnecessary at this time, the Moving Defendants are prepared to file their Motion to Dismiss tomorrow, in accordance with the Court's Text Order granting Defendants' requests to respond to the Second Amended Complaint by April 30, 2026 (Doc. 55).

Respectfully yours,

**GLEASON, DUNN, WALSH & O'SHEA**

Lisa F. Joslin

LFJ/ks

cc:    Dorothea R. Perry, *Pro Se* (*via ECF*)
       Ryan T. Donovan, Esq. (*via ECF*)