UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC
COMMISSION, ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/2026__

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Lilliana Estrella-Castillo's letter requesting a pre-motion conference, ECF No. 57, and Defendants New York State Athletic Commission, New York State Department of State, James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin's letter motion requesting a pre-motion conference, ECF No. 58 (collectively, "the Letters").  Plaintiff shall file her response to the Letters by **May 12, 2026.**

A conference is scheduled for **May 14, 2026,** at **11:00 a.m.** by telephone to discuss the Letters.  Counsel and Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 573 377 479#).

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 58 as **GRANTED**.

**SO ORDERED.**

Dated: April 30, 2026
   New York, New York

           Henry J. Ricardo
           United States Magistrate Judge