UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

*Plaintiff, pro se,*

-against-

NEW YORK STATE ATHLETIC COMMISSION,
NEW YORK STATE DEPARTMENT OF STATE,
JAMES LEARY, KIMBERLY SUMBLER,
ANTHONY GIARDINA, LINDA BALDWIN,
LILLIANA ESTRELLA-CASTILLO, and
JOHN/JANE DOES 1-10,

*Defendants.*

**NOTICE OF MOTION**

25-cv-938
JPC-HJR

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; all prior filings; and upon all prior proceedings, Defendant Lilliana Estrella-Castillo, on a date/time to be designated by the Court, before the Honorable Henry J. Ricardo, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Southern District of New York, New York, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Second Amended Complaint in its entirety as to Defendant Estrella-Castillo, together with such other or further relief as may be just.

PLEASE TAKE FURTHER NOTICE, that any papers to be submitted in opposition and in reply to the motion will be done so pursuant to a briefing schedule that accommodates the Court and *pro se* Plaintiff following the conference with the parties on May 14, 2026.

1

Dated: April 30, 2026                    **CONWAY, DONOVAN, & MANLEY, PLLC**

*s/ Lauren N. Mordacq*
Lauren N. Mordacq, Esq.
Ryan T. Donovan, Esq.
*Attorneys for Defendant Estrella-Castillo*
50 State Street, 2nd Floor
Albany, New York, 12207
(518) 436-1661
lmordacq@lawcdm.com
rdonovan@lawcdm.com

To:    All Attorneys and Pro Se Plaintiff (via ECF)

2

**CERTIFICATION OF SERVICE**

I hereby certify that the foregoing Notice of Motion and Memorandum of Law on behalf of Defendant Estrella-Castillo was served via ECF and email on counsel for all parties of record and *pro se* Plaintiff in this action on April 30, 2026.

Dated:  Albany, New York
        April 30, 2026

*s/Lauren N. Mordacq*
Lauren N. Mordacq, Esq.
