**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DOROTHEA PERRY,

                            Plaintiff, *pro se,*

     - against –

NEW YORK STATE ATHLETIC COMMISSION;
NEW YORK STATE DEPARTMENT OF STATE;
JAMES LEARY, in his personal capacity;
KIMBERLY SUMBLER, in her personal capacity;
ANTHONY GIARDINA, in his personal capacity;
LINDA BALDWIN, in her personal capacity; and
LILLIAN ESTRELLA-CASTILLO, in her personal capacity,
and JOHN/JANE DOES 1-10,

                            Defendants.

**NOTICE OF MOTION TO DISMISS**

Docket No.
1:25-cv-00938
(JPC/HJR)

---

**PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Lisa F. Joslin, Esq., dated April 29, 2026, Affirmation of James Leary, Esq., dated April 27, 2026, and the Memorandum of Law in Support of Motion to Dismiss, Defendants New York State Athletic Commission, New York State Department of State, James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin (collectively "Moving Defendants"), by and through their counsel, Gleason, Dunn, Walsh & O'Shea, will move this Court, before the Hon. Henry J. Ricardo, on a date/time to be designated by the Court, for an Order pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure, granting the Moving Defendants' instant motion to dismiss the Second Amended Complaint for: lack of subject matter jurisdiction; failure to state a cause of action for which relief can be granted; and/or such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that affidavits and memoranda in opposition, as well as in reply, if any, shall be filed and served pursuant to the briefing schedule set by the Court following the conference with the parties to be held on May 14, 2026.

Dated:  Albany, New York  
       April 30, 2026

                              **GLEASON, DUNN, WALSH & O'SHEA**

                              By:_____  
                                  **LISA F. JOSLIN, ESQ.**  
                                **Bar Roll No. LJ 9245**

                              *Attorneys for Defendants NYSAC, NYSDOS, Leary,*  
                              *Sumbler, Giardina and Baldwin*  
                              300 Great Oaks Boulevard, Suite 321  
                              Albany, NY 12203  
                              (518) 432-7511  
                              ljoslin@gdwo.net

TO:    Dorothea R. Perry, *Pro Se* (*via ECF*)

        Ryan T. Donovan, Esq. (*via ECF*)  
        Lauren N. Mordacq, Esq. (*via ECF*)  
        *Attorneys for Defendant Estrella-Castillo*

2