UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff, *pro se*,

– against –

NEW YORK STATE ATHLETIC COMMISSION;
NEW YORK STATE DEPARTMENT OF STATE;
JAMES LEARY, in his personal capacity;
KIMBERLY SUMBLER, in her personal capacity;
ANTHONY GIARDINA, in his personal capacity;
LINDA BALDWIN, in her personal capacity; and
LILLIAN ESTRELLA-CASTILLO, in her personal
capacity, and JOHN/JANE DOES 1-10,

Defendants.

**ATTORNEY
AFFIRMATION**

Docket No.
1:25-cv-00938
(JPC/HJR)

**JAMES LEARY**, an attorney duly admitted to the practice of law in the State of New York, affirms as follows under the penalty of perjury:

1.     I am Assistant Executive Deputy Secretary of State for the State of New York, and I have been named as a Defendant herein.

2.     I make this Affirmation in support of the Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 24) (hereinafter the "Complaint") by Defendants New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), Kimberly Sumbler, Anthony Giardina, Linda Baldwin and me.

3.     Defendants Sumbler, Giardina and Baldwin are no longer employed by the New York State Department of State and/or New York State Athletic Commission.

4.     Ms. Sumbler was employed as the Executive Director of NYSAC, with a functional title of Special Assistant, from August 2, 2017 until her resignation, effective May 23, 2024.

5.    Mr. Giardina held the position of Interim Executive Director of NYSAC, with a functional title of Special Assistant, immediately prior to Sumbler. He left NYSAC and the NYSDOS for a position with another agency, effective July 6, 2017.

6.    Ms. Baldwin held the position of General Counsel of NYSDOS from July 2013 until March 2, 2023, when she left the NYSDOS for a position with another agency.

7.    I affirm under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

DATED: April 27, 2026

JAMES LEARY