# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Dorothea Perry and Jean Seme                                    INDEX NO. 21cv1967 (VEC)(SDA)

                          Plaintiffs,                           **NOTICE OF VOLUNTARY**
                                                                **DISMISSAL PURSUANT TO**
                     -against-                                  **Fed. Rule of Civ. Pro. 41**

New York State Athletic Commission,
Kim Sumbler, Exec, Dir., New York
State Department of State and
Anthony Giardina,

                          Defendants.
_____X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

       Plaintiff Dorothea Perry by and through her attorney the Law Office of Susan Ghim
hereby gives NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE of all claims
against all named DEFENDANTS from the above captioned action pursuant to Federal Rule of
Civil Procedure 41(a)(1)(A)(i) prior to the filing of an Answer or motion for summary judgment
by Defendant.

Dated: New York, NY
       February 17, 2022

                                         Law Office of Susan Ghim
                                         Attorney for Plaintiffs

                                         /s/ Susan Ghim

                                         _____
                          BY:    Susan Ghim
                                 244 Fifth Avenue, Suite 1434
                                 New York, NY 10001
                                 (917) 549-4708 / ghimlaw@gmail.com

TO:    VIA ECF
       Lisa Joslin Esq.
       Nancy Williamson, Esq.
       Gibson, Dunn, Walsh & OShea
       Attorneys for all named Defendants
       40 Beaver Street
       Albany, NY 12207