UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

                Plaintiff,

      -v-

NEW YORK STATE ATHLETIC
COMMISSION, ET AL.,

            Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  5/1/2026 |

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Defendant Lilliana Estrella-Castillo's Motion to Dismiss, ECF No. 60, and Defendants New York State Athletic Commission, New York State Department of State, James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin's Motion to Dismiss, ECF No. 62 (collectively, "the Motions"). Because of the Pre-Motion Conference scheduled for May 14, 2026, Plaintiff's obligation to respond to the Motions is stayed pending the conference, during which a briefing schedule will be set.

**SO ORDERED.**

Dated: May 1, 2026
      New York, New York

                                   _____
                                   Henry J. Ricardo
                                   United States Magistrate Judge

1