UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

                    Plaintiff,

        -v-

NEW YORK STATE ATHLETIC
COMMISSION, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/14/2026

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 14, 2026 to discuss Defendants' letters requesting a pre-motion conference on Motions to Dismiss (ECF Nos. 57, 58) and Plaintiff's response letter requesting leave to amend her complaint (ECF No. 68). For the reasons articulated at the conference, Plaintiff's request for leave to amend her complaint is **GRANTED**.

Plaintiff shall file her Third Amended Complaint by **June 15, 2026.** Defendants shall file pre-motion letters on their anticipated responses to Plaintiff's Third Amended Complaint by **July 15, 2026.**

**SO ORDERED.**

Dated: May 14, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge