UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Dorothea Perry,
Plaintiff,

-against-

NEW YORK STATE ATHLETIC COMMISSION; NEW YORK STATE DEPARTMENT OF STATE; KIM SUMBLER, in her individual capacity; LINDA BALDWIN, in her individual capacity; JAMES LEARY, in his individual capacity; ANTHONY GIARDINA, in his individual capacity; MARIA HERMAN, in her individual capacity; LILLIANA ESTRELLA-CASTILLO, in her individual capacity only; and JOHN/JANE DOES 1-10,

Defendants.
-------------------------------------------------------------------x

Index No. 25-cv-00938
(JPC: HJR)

# NOTICE OF APPEARANCE

**To: The Clerk of this Court and All Other Parties**

Please take notice that henceforth Anne Donnelly, Esq. of the Law Office of Anne Donnelly, hereby enters an appearance as counsel for the Plaintiff DOROTHEA PERRY in the above captioned matter. Please direct all correspondence and notices accordingly.

Email: adblaw@gmail.com

Dated: New York, New York
July 7, 2026

**LAW OFFICE OF ANNE DONNELLY**

BY: Anne Donnelly /s/
ANNE DONNELLY, Esq. (AD5486)
43 West 43rd Street, Suite 117
New York, New York 10036-7424
Tel: (914) 437-0103
Fax: (914) 219-3145