GLEASON, DUNN, WALSH & O'SHEA

Attorneys at Law
www.gdwo.com

300 Great Oaks Boulevard
Suite 321
Albany, NY 12203
(p) 518.432.7511 (f) 518.432.5221

**Lisa F. Joslin, Esq.**
**Principal**
Direct: 518.599.7568
ljoslin@gdwo.net | www.gdwo.com

July 14, 2026

**VIA ECF**
Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007-1312

**RE: Dorothea Perry v. New York State Athletic Commission, et al.**
**1:25-cv-00938 (JPC/HJR)**

Dear Magistrate Judge Ricardo:

This firm represents defendants New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin, in the above-referenced matter (collectively the "Moving Defendants").

Pursuant to Rule B.2. of your Honor's Individual Rules and Practices for Civil Cases and the May 14, 2026 Text Order (Doc. 70), the Moving Defendants submit this letter to notify the Court that they intend to file a pre-Answer Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 72), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and to request a Pre-Motion Conference.

By plaintiff's Third Amended Complaint, she asserts the following nine claims against the defendants: (1) race discrimination, sex discrimination, hostile work environment, and retaliation, pursuant to Title VII of the Civil Rights Act of 1964; (2) race discrimination and retaliation pursuant to 42 U.S.C. §1981; (3) violation of the Equal Protection clause of the U.S. Constitution, pursuant to 42 U.S.C. §1983; (4) violation of the First Amendment to the U.S. Constitution, pursuant to 42 U.S.C. §1983; (5) conspiracy, pursuant to 42 U.S.C. §1983; (6) violation of the Due Process clause, and "stigma plus," pursuant to 42 U.S.C. §1983; (7) interference with witness testimony, pursuant to 42 U.S.C. §1985(2); (8) conspiracy to deprive equal protection, pursuant to

42 U.S.C. §1985(3); and (9) violation of "Due Process and Equal Protection: Non-Adjudicative Administrative Interference," pursuant to 42 U.S.C. §1983.

The Moving Defendants
' anticipated motion will seek the dismissal of Plaintiff's claims against them in their entirety, on grounds that her Third Amended Complaint lacks subject matter jurisdiction and fails to state any cause of action for which relief can be granted against them. Specifically, the Moving Defendants will assert that, as a matter of law:

- the majority of Plaintiff's instant claims are barred by *res judicata,* as there is a prior final judgment based upon the same facts which form the basis for Plaintiff's claims in the Third Amended Complaint;

- Plaintiff's claims pursuant to 42 U.S.C. §1981, 42 U.S.C. §1983, and 42 U.S.C. §1985 are time barred, as Plaintiff's employment with the Moving Defendants ended on April 25, 2018, and equitable tolling is not applicable in this matter;

- Defendants NYSDOS and NYSAC have not waived sovereign immunity;

- the claims against Defendants Leary, Sumbler, Giardina and Baldwin are all barred by qualified immunity;

- Defendants Leary, Sumbler, Giardina and Baldwin were all New York State employees during the actions referenced in Plaintiff's complaint, and cannot conspire with themselves;

- Plaintiff's causes of action fail to state a claim upon which relief can be granted, because they are meritless, and because she was not denied meaningful access to the Courts.

The Moving Defendants are prepared to file their Motion to Dismiss within thirty (30) days but will defer to the Court for motion deadlines.

Respectfully yours,

**GLEASON, DUNN, WALSH & O'SHEA**

s/ *Lisa F. Joslin*

Lisa F. Joslin

LFJ/ks

cc: Anne Donnelly, Esq. (*via ECF*)
Ryan T. Donovan, Esq. (*via ECF*)