USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the deadline for responding to Defendants' pre-motion letters and to adjourn the July 29, 2026 conference. ECF No. 79. The letter motion is **GRANTED**.

Plaintiff shall respond to Defendants' letters by **July 31, 2026**. The conference scheduled by Order dated July 15, 2026, is adjourned to **August 17, 2026** at **2:00 p.m.** The dial in information remains the same. *See* ECF No. 78.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 79 as **GRANTED**.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge