**Law Offices of Anne Donnelly**
43 West 43rd Street, Suite 117
New York, New York 10036-7424
Tel: (914) 437 0103
Fax: (914) 219 3145
adblaw@annedonnellybush.com

July 31, 2026

Magistrate Judge Ricardo
500 Pearl Street
United States Courthouse
New York, NY 10007

**RE: Dorothea Perry v. New York State Athletic Commission, et al.**
**Index No.: 1:25-cv-00938 (JPC/HJR)**

Dear Magistrate Judge Ricardo:

Unfortunately, I have to withdraw from representing Plaintiff Dorothea Perry at this time, due to personal reasons.

As a courtesy, can you please grant Ms. Perry a short extension of time to find another attorney, and to file her opposition to both defendant's request for a Pre-Motion Conference/ permission to file a pre-Answer Motion to Dismiss Plaintiffs Third Amended Complaint (Doc. 72).

I will file the Consent to Change Attorney as soon as practicable.

This request is the *second* request by Plaintiff for an extension of time.

Thank you for your courtesy.

Sincerely,
/s/
Anne Donnelly

cc:
Email: ljoslin@gdwo.net
Lisa F. Joslin, Esq. (via ECF)
*Attorneys for defendants* New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin

Email: LMordacq@lawcdm.com
Lauren N. Mordacq, Esq. (Via ECF)
*Attorneys for defendant* Judge Estrella-Castillo