UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/3/2026

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the deadline for responding to Defendants' pre-motion letters. ECF No. 81. The letter motion is **GRANTED**. Plaintiff shall respond to Defendants' letters by **August 17, 2026**. The conference scheduled by Order dated July 15, 2026, is adjourned to **August 28, 2026** at **2:00 p.m.** The dial in information remains the same. *See* ECF No. 78.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 81 as **GRANTED**. Moreover, given the filing of the third amended complaint, ECF No. 72, the motions to dismiss the second amended complaint are hereby **DENIED** as moot. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 60 and 62 as **DENIED**.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge