UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Dorothea Perry,

Plaintiff,

-against-

NEW YORK STATE ATHLETIC COMMISSION; NEW YORK STATE DEPARTMENT OF STATE; KIM SUMBLER, in her individual capacity; LINDA BALDWIN, in her individual capacity; JAMES LEARY, in his individual capacity; ANTHONY GIARDINA, in his individual capacity; MARIA HERMAN, in her individual capacity; LILLIANA ESTRELLA-CASTILLO, in her individual capacity only; and JOHN/JANE DOES 1-10,

Defendants.

-----------------------------------------------------------------x

Index No. 25-cv-00938
(JPC: HJR)

**NOTICE OF WITHDRAWAL AS COUNSEL ON CONSENT**

**To: The Clerk of this Court and All Other Parties**

Please take notice that Anne Donnelly, Esq. of the Law Office of Anne Donnelly, hereby withdraws as counsel for the Plaintiff Dorothea Perry in the above captioned matter. This action is taken with the consent of the Plaintiff Dorothea Perry.

Email: adblaw@gmail.com

Dated: New York, New York
July 31, 2026

**LAW OFFICES OF ANNE DONNELLY**
By:________/s/__________________________
ANNE DONNELLY, Esq. (AD5486)
43 West 43rd Street, Ste. 117
New York, New York 10036-7424
Tel: (914) 239-3601
Fax: (914) 219-3145

**PLAINTIFF:**

By:________________________________
Plaintiff Dorothea Perry