USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Dorothea Perry,

Plaintiff,

-against-

NEW YORK STATE ATHLETIC COMMISSION; NEW YORK STATE DEPARTMENT OF STATE; KIM SUMBLER, in her individual capacity; LINDA BALDWIN, in her individual capacity; JAMES LEARY, in his individual capacity; ANTHONY GIARDINA, in his individual capacity; MARIA HERMAN, in her individual capacity; LILLIANA ESTRELLA-CASTILLO, in her individual capacity only; and JOHN/JANE DOES 1-10,

Defendants.

---

Index No. 25-cv-00938
(JPC: HJR)

**NOTICE OF WITHDRAWAL AS COUNSEL ON CONSENT**

**To: The Clerk of this Court and All Other Parties**

Please take notice that Anne Donnelly, Esq. of the Law Office of Anne Donnelly, hereby withdraws as counsel for the Plaintiff Dorothea Perry in the above captioned matter. This action is taken with the consent of the Plaintiff Dorothea Perry.

Email: adblaw@gmail.com

Dated: New York, New York
July 31, 2026

**LAW OFFICES OF ANNE DONNELLY**
By: ______/s/______
ANNE DONNELLY, Esq. (AD5486)
43 West 43rd Street, Ste. 117
New York, New York 10036-7424
Tel: (914) 239-3601
Fax: (914) 219-3145

**PLAINTIFF:**

By: ______
Plaintiff Dorothea Perry

This notice is ineffective. Local Rule 1.4 requires a motion supported by an affidavit. The motion should indicate whether there will be replacement counsel and, if not, should include a completed Notice of Pro Se Appearance form, which can be obtained from the Court's website, so that it can be filed if the motion to withdraw is granted.

SO ORDERED.

August 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge