UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/18/2026

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated August 3, 2026, Plaintiff was directed to respond to Defendants' pre-motion letters by August 17, 2026. ECF No. 82. To date, no such response has been received. Moreover, Plaintiff's counsel remains on the case until a sufficient motion to withdraw is filed. *See* ECF No. 84.

The deadline to file the response is extended *sua sponte* to **August 21, 2026**. The Parties are reminded that the conference to discuss Defendants' letters is on August 28, 2026.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge