**Law Office of Anne Donnelly**
43 West 43rd Street, Suite 117
New York, New York 10036-7424
Tel: (914) 437 0103
Fax: (914) 219 3145
adblaw@annedonnellybush.com

August 21, 2026

Magistrate Judge Ricardo
500 Pearl Street
United States Courthouse
New York, NY 10007

**RE: Dorothea Perry v. New York State Athletic Commission, et al.**
**Index No.: 1:25-cv-00938 (JPC/HJR)**

Dear Magistrate Judge Ricardo:

I am the attorney for Plaintiff Dorothea Perry.

Defendant New York State Athletic Commission and my office are currently in settlement negotiations. We anticipate that these negotiations may take some time.

Parties would be grateful if you would push out all deadlines in this case for at least four weeks while we negotiate a settlement.

This request is the *third* request by Plaintiff for an extension of time.

Thank you for your courtesy.

Sincerely,
/s/
Anne Donnelly

cc:
Email: ljoslin@gdwo.net
Lisa F. Joslin, Esq. (via ECF)
*Attorneys for defendants* New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin

Email: LMordacq@lawcdm.com
Lauren N. Mordacq, Esq. (Via ECF)
*Attorneys for defendant* Judge Estrella-Castillo