USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated August 24, 2026, Plaintiff was directed to file a response to the pre-motion letters (ECF Nos. 76–77) by September 18, 2026. ECF No. 87. To date, no such response has been filed. Plaintiff shall file a response by **September 22, 2026**.

**SO ORDERED.**

Dated: September 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge