**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOROTHEA PERRY,
Plaintiff,

**1:25-CV-00938 (JPC)(HJR)**

v.

NEW YORK STATE ATHLETIC COMMISSION, et al.,
Defendants.

---

# UPDATED NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request that all future correspondence and notices be sent to me electronically at the e-mail addresses listed below.

**Electronic service:**
I previously completed and filed a Consent to Electronic Service in this action. Please use dorothea.perry@verizon.net as my primary e-mail address for electronic service. I will also receive a secondary copy at msdorothea.perry@gmail.com.

I understand that if my mailing address, telephone number, or e-mail address changes, I must promptly notify the Court and all parties.

**Name:** Dorothea Perry

**Status:** Plaintiff, Pro Se

**Address:** 74 Tapscott Street, Brooklyn, NY 11212

**Telephone:** 917-328-3442

**Primary e-mail:** dorothea.perry@verizon.net

**Secondary e-mail:** msdorothea.perry@gmail.com

**Dated:** September 23, 2026

/s/ Dorothea Perry
Dorothea Perry
Plaintiff Pro Se