UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/25/2026

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's response to the pre-motion letter at ECF No. 77. ECF No. 91. Plaintiff was directed to file a response to both pre-motion letters filed on July 14, 2026 (ECF No. 76 *and* ECF No. 77). *See* ECF No. 88. Plaintiff is directed to file a response to the pre-motion letter at ECF No. 76 by **October 6, 2026**.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge