**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DOROTHEA PERRY,**
Plaintiff,
v.
**NEW YORK STATE ATHLETIC COMMISSION, et al.,**
Defendants.

**1:25-CV-00938 (JPC)(HJR)**

September 23, 2026

Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: Response to ECF No. 90; Consent to Withdrawal of Counsel; Correction of Record; Settlement Status; and Letter-Motion for Extension of Time to Serve Defendant Maria Herman**

Dear Judge Ricardo:

I respectfully submit this letter in response to the Court's September 23, 2026 Order at ECF No. 90. I write to confirm that I do not object to Ms. Anne Donnelly's withdrawal as counsel, to clarify the factual record concerning the statement that I "fired" her, to advise the Court that settlement discussions concluded without agreement, and to request an extension of time under Fed. R. Civ. P. 4(m) to serve Defendant Maria Herman.

**Withdrawal of Counsel and Correction of Record**

I respectfully request that the Court grant the pending motion to withdraw at ECF No. 89 and permit me to proceed pro se. I did not terminate Ms. Donnelly's representation. I consented to her withdrawal after she advised that she intended to withdraw.

On July 31, 2026, Ms. Donnelly advised the Court in ECF No. 81 that she had to withdraw from representing me and requested additional time for me to obtain other counsel. She further stated that she would file the necessary consent-to-change-attorney paperwork.

On August 12, 2026, Ms. Donnelly filed ECF No. 83 seeking withdrawal on consent. On August 13, 2026, the Court determined that the notice was ineffective under S.D.N.Y. Local Civil Rule 1.4 and identified the procedure required for withdrawal.

I subsequently completed and signed a Notice of Pro Se Appearance in connection with Ms. Donnelly's withdrawal. That Notice is presently filed at ECF No. 89-2.

I have elected to proceed pro se and continue to consent to Ms. Donnelly's withdrawal.

I will participate in the telephone conference scheduled for September 30, 2026, at 3:00 p.m., using the conference line provided in ECF No. 90, +1 646-453-4442, Conference ID: 668 437 876#.

**Settlement Status**

The parties' settlement discussions concluded without agreement.

The proposed global resolution implicated a separate administrative determination arising from PESH's retaliation determination, which the Industrial Board of Appeals affirmed on June 24, 2026. I was not

willing to compromise that separate administrative determination as a condition of settling this federal action. I intend to preserve that determination and any relief that may be available in the separate administrative matter.

I attach the complete Industrial Board of Appeals **Resolution of Decision, Docket No. PES 22-010, dated June 24, 2026**, as **Exhibit A** so that the Court has the administrative determination referenced above.

**Request for Extension of Time to Serve Defendant Maria Herman**

I respectfully request relief under Fed. R. Civ. P. 4(m) and an extension of time to serve Defendant Maria Herman.

Ms. Herman was added as a defendant in the Third Amended Complaint, filed as ECF No. 72 on June 16, 2026, which is the operative complaint. On June 23, 2026, the Court deemed the Third Amended Complaint timely.

Assuming the 90-day period runs from June 16, 2026, the resulting September 14, 2026 date has passed. I therefore respectfully request a retroactive extension under Fed. R. Civ. P. 4(m) through December 23, 2026, or 90 days after entry of the Court's order, whichever is later.

The Third Amended Complaint was filed while I was proceeding pro se. Ms. Donnelly entered an appearance on my behalf on July 7, 2026. After counsel appeared, I understood that counsel would handle the procedural requirements of the litigation. Service upon Ms. Herman was not completed during that period.

On July 31, 2026, counsel advised the Court that she intended to withdraw. Because withdrawal required Court approval, counsel remained attorney of record while the withdrawal process was pending.

As of September 23, 2026, I have not located any docket entry reflecting service upon Ms. Herman or issuance of a summons for her. I confirmed the service issue while reviewing the docket and am bringing it to the Court's attention promptly. I have not abandoned my claims against Ms. Herman and intend to pursue them.

No prior request has been made to extend the service period under Fed. R. Civ. P. 4(m) for Ms. Herman. I have not yet sought Defendants' position because I confirmed the issue on September 23, 2026 and am raising it promptly upon discovering it. The requested extension does not require modification of any other scheduled deadline.

If the Court determines that a summons for Ms. Herman is required and no summons has previously issued, I respectfully request permission to submit any required summons form and request issuance of the summons. I will promptly complete and submit any required summons form, arrange service, and file proof of service.

**Requested Relief**

For the foregoing reasons, I respectfully request that the Court:

1. Grant the pending motion to withdraw at ECF No. 89 and permit me to proceed pro se.
2. Permit me to submit any required request for issuance of a summons for Defendant Maria Herman and request issuance of a summons if the Court determines that a summons is required.
3. Grant a retroactive extension under Fed. R. Civ. P. 4(m) to serve Defendant Maria Herman through December 23, 2026, or 90 days after entry of the Court's order granting this request, whichever is later, or for such other period as the Court deems appropriate.

Thank you for the Court's consideration.

Respectfully submitted,

**/s/ Dorothea Perry**

Dorothea Perry
Plaintiff Pro Se
Brooklyn, New York
Primary e-mail: dorothea.perry@verizon.net
Secondary e-mail: msdorothea.perry@gmail.com
917-328-3442

Enclosure:
**Exhibit A - Industrial Board of Appeals Resolution of Decision**
Docket No. PES 22-010
June 24, 2026