UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Dorothea Perry,
Plaintiff,

-against-

NEW YORK STATE ATHLETIC COMMISSION; NEW YORK STATE DEPARTMENT OF STATE; KIM SUMBLER, in her individual capacity; LINDA BALDWIN, in her individual capacity; JAMES LEARY, in his individual capacity; ANTHONY GIARDINA, in his individual capacity; MARIA HERMAN, in her individual capacity; LILLIANA ESTRELLA-CASTILLO, in her individual capacity only; and JOHN/JANE DOES 1-10,

Defendants.
-------------------------------------------------------------------x

Index No. 25-cv-00938
(JPC: HJR)

**ATTORNEY CHARGING LIEN**

PLEASE TAKE NOTICE that upon the Attorney Motion to Withdraw as Counsel, and the Order filed on the docket in this action on September 30, 2026, the undersigned attorney and law firm no longer represent Plaintiff Dorothea Perry or any other party in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned attorney Anne Donnelly, as outgoing attorneys for Plaintiff Dorothea Perry in this action, hereby asserts a charging lien for services rendered and expenses incurred through September 30, 2026,   on her behalf against any future recovery or disposition of his claims in this action by suit, settlement, judgment, or otherwise.

Dated: New York, New York
September 30, 2026

Law Office of Anne Donnelly

__/s/ Anne Donnelly__________
BY: Anne Donnelly, Esq.
43 West 43rd Street, Ste. 117
New York, NY 10036-7424
Telephone: (914) 437-0103
Email: adblaw@gmail.com

**Via email only to: msdorotheaperry@gmail.com**
Dorothea Perry
74 Tapscott Street
Brooklyn, NY 11212

**Via ECF to: nwilliamson@gdwo.net**
Nancy S. Alexander, Esq.
GLEASON, DUNN, WALSH & O'SHEA
Attorneys for Defendants New York State Athletic Commission ("NYSAC"), New York State Department of State ("NYSDOS"), James Leary, Kimberly Sumbler, Anthony Giardina, and Linda Baldwin
300 Great Oaks Boulevard Suite 321, Albany, NY 12203

**Via ECF to: LMordacq@lawcdm.com**
Lauren N. Mordacq, Esq.
Conway, Donovan & Manley, PLLC
Attorneys for defendant Judge Estrella-Castillo
50 State Street, Floor 2 Albany, NY 12207