USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff,

-v-

NEW YORK STATE ATHLETIC COMMISSION, ET AL.,

Defendants.

**ORDER**

25-CV-938 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference to discuss Defendants' anticipated motions to dismiss. For the reasons articulated at the conference, the parties shall adhere to the following schedule.

The group of defendants that includes the New York State Athletic Commission shall file its motion to dismiss by **December 4, 2026**. Plaintiff's opposition is due by **January 19, 2027**. The reply is due by **February 2, 2027**.

Defendant Estrella-Castillo's motion to dismiss shall be filed by **November 23, 2026**. Plaintiff's opposition is due by **January 11, 2027**. The reply is due by **January 25, 2027**.

Plaintiff's request to extend the deadline for serving Defendant Maria Herman is **GRANTED**. The deadline for serving Defendant Herman is extended to **November 18, 2026**. The docket does not reflect that a summons has been issued for Defendant Herman since the filing of the Third Amended Complaint. Plaintiff

should request a summons from the Clerk of Court and complete service on Defendant Herman by the November 18 deadline.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge