AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

**Southern District of New York**

| | |
|---|---|
| DOROTHEA PERRY,<br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE ATHLETIC COMMISSION, et al.,<br>*Defendant(s)* | Civil Action No.<br>**1:25-cv-00938 (JPC) (HJR)** |

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*

MARIA HERMAN, in her individual capacity
50 Vly Road
Albany, NY 12205-2116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dorothea Perry, Plaintiff Pro Se
74 Tapscott Street
Brooklyn, NY 11212
Tel.: 917-328-3442
Email: dorothea.perry@verizon.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tammi M. Hellwig

Date: 11/13/2026

s/N. Brucato

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-00938 (JPC) (HJR)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Maria Herman, in her individual capacity

was received by me on (date) ______________ .

☐ I personally served the summons on the individual at (place) ______________

______________ on (date) ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______________

______________ , a person of suitable age and discretion who resides there,

on (date) ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______________ , who is

designated by law to accept service of process on behalf of (name of organization) ______________

______________ on (date) ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other (specify): ______________

______________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

______________

______________